Respectfully submitted,

JOHN A. WENKE
Attorney for Plaintiff
501 E. California Ave.
El Paso, Texas 79902
(915) 351-8877
Fax: (915) 351-9955
State Bar No. 00788643

# EXHIBIT B

867-CITATION FOR PERSONAL SERVICE-Either Court-by Certified Mail-Rev. 9-07

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:     HMS HOST USA, INC., who may be served with process by serving its registered agent, Prentice-Hall Corp, at 701 Brazos St Suite 1050 Austin, Texas 78701

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **448th District Court**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on 01/25/2008, by Attorney at Law WENKE, JOHN A, 501 E CALIFORNIA, EL PASO TX 79902, in this case numbered **2008-360** on the docket of said court, and styled:

JACKSON, FRED J. vs. HMS HOST USA, INC.

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, this 7th day of February, 2008.

Attest: GILBERT SANCHEZ, District Clerk, El Paso County, Texas.

CLERK OF THE COURT
GILBERT SANCHEZ, District Clerk
Rm. 103 COUNTY COURTHOUSE
500 E. SAN ANTONIO
El Paso Texas, 79901

By _____, Deputy
Gilberto Valenzuela

**ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE**
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by _certified mail_ Return receipt requested, a true copy of the citation _____.
Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

**CERTIFICATE OF DELIVERY BY MAIL**
I hereby certify that on the _____ day of _____, 2008 at _____, I mailed to

_____

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached thereto.

*NAME OF PREPARER            TITLE

ADDRESS

CITY            STATE            ZIP

_____

_____

TITLE

*if not applicable so state N/A.
DISTRICT CLERK 20

867-CITATION FOR PERSONAL SERVICE-Either Court-by Certified Mail-Rev. 9-07

867

Case No _____

_____

_____

_____

vs.

_____

_____

_____

**Citation by Certified Mail**

IN _____ COURT

of EL PASO County, Texas

Issued

This _____ day of _____A.D.20____

GILBERT SANCHEZ

District Clerk,

El Paso County, Texas

By _____, Deputy

Filed

This ____ day of _____A.D. 20___

GILBERT SANCHEZ

District Clerk, El Paso County, Texas

By _____, Deputy

*If not applicable so state N/A.
DISTRICT CLERK 20

# EXHIBIT C

FILED

**IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS**
**448TH JUDICIAL DISTRICT**

| | |
|---|---|
| FRED J. JACKSON | 2008 FEB 6 PM 12 37 |
| *Plaintiff,* | EL PASO COUNTY, TEXAS |
| | BY _____ |
| v. | DEPUTY Cause No. 2008-360 |
| HMS HOST USA, INC. | |
| *Defendant.* | |

### ORDER AUTHORIZING SERVICE

IT IS ORDERED by the Court, pursuant to Rule 103 of the Texas Rules of Civil Procedure and Local rule 1.03(B) that Sergio Reyes, Sylvia Loya, Marina Banegas, Omar Ramos, and/or Rene Mata of SSR Process Service, P.O. Box 371475, El Paso, Texas 79937, and disinterested party and over the age of eighteen, serve process on:

**HMS HOST USA, INC., by serving its Registered Agent, The Prentice-Hall Corporation System, 701 Brazos Street, Suite 1050, Austin, Texas 78701.**

And attach a true copy of this Order to any and all processes.  It is further ORDERED that any and all process be returned in compliance with Tex. R. Civ. P. 105, 106, and 107.

IT IS SO ORDERED.

SIGNED AND ENTERED on this ___5___ day of _February_____, 2008.

REQUESTED AND APPROVED:

_____
**JOHN A. WENKE**
**Attorney for Plaintiff**

_____
**PRESIDING JUDGE**