

# EXHIBIT D

# BAILEY LAW GROUP

Washington, DC • Boulder County, CO • Orange County, CA

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **TO:** John Wenke | **FROM:** Serafina Raskin |
| **COMPANY:** Wenke Law | **DATE:** 3/27/2008 |
| **FAX NUMBER:** 915-351-9955 | **TOTAL NO. OF PAGES INCLUDING COVER:** 2 |
| **PHONE NUMBER:** 915-351-8877 | **SENDER'S REFERENCE NUMBER:** |
| **RE:** Jackson v. Host | **YOUR REFERENCE NUMBER:** |

☑ URGENT   ☑ FOR REVIEW   ☑ PLEASE COMMENT   ☑ PLEASE REPLY   ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Please see attached correspondence.

ATTENTION - The information contained in this facsimile is protected by attorney-client and/or attorney work product privilege, and intended solely for the use of the individual(s) to whom it is addressed. If you are not the intended recipient or agent of the intended recipient, you are hereby notified that dissemination, distribution or copying of this transmission is prohibited.

# BAILEY LAW GROUP

Washington, DC • Boulder County, CO • Orange County, CA

March 27, 2008

**VIA FACSIMILE**

John Wenke
501 E. California Ave.
El Paso, Texas 79902
(915) 351-8877
Fax: (915) 351-9955

Dear Mr. Wenke:

    I am writing this letter as a follow up to our conversation yesterday. As I explained yesterday, Mr. Jackson's complaint erroneously names HMS HOST USA, INC, as defendant. I have confirmed with my client that Mr. Jackson was actually employed by HOST INTERNATIONAL, INC., a corporation that is incorporated in the State of Delaware and whose principal place of business is located in the State of Maryland.

    Instead of filing an amended complaint, I asked if you were amenable to dismissing your complaint in the District Court of El Paso County and refilling the complaint in the United States District Court for the Western District of Texas based on diversity jurisdiction. If you are not inclined to refilling your complaint and to avoid filing unnecessary motions with the court, we are willing to forgo our right to removal and litigate this action in state court, if Mr. Jackson agrees to stipulate that he seeks less than $75,000 in damages. Please contact me tomorrow by close of business if you are willing to agree to such a stipulation. If we do not hear from you we will assume that you agree that the amount in controversy in this case exceeds $75,000. I look forward to your prompt reply.

Sincerely,

*[signature]*

Serafina Raskin
for Bailey Law Group, P.C.

8105 Irvine Center Drive, Suite 900, Irvine, CA 92618
Tel. (949) 453-1755 • Fax. (949) 453-1757

```
Transmission Report

Date/Time      : 02/25/08 18:24
Personal Number :
Personal Name  :

Transmission Information
 Start Time    Distant Station     TtlTime    Pages    Mode    Result    Comm. Contents
 02/25 18:23   919153519955          34"       2/2     ECM     NrmlEnd

             Document transmission is complete.
```

# BAILEY LAW GROUP

Washington, DC • Boulder County, CO • Orange County, CA

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| John Wenke | Serafina Raskin |
| **COMPANY** | **DATE** |
| Wenke Law | 3/27/2008 |
| **FAX NUMBER** | **TOTAL NO. OF PAGES INCLUDING COVER** |
| 915.351.9955 | 2 |
| **PHONE NUMBER** | **SENDER'S REFERENCE NUMBER** |
| 915-351-8877 | |
| **RE** | **YOUR REFERENCE NUMBER** |
| Jackson v. Host | |

☒ URGENT   ☒ FOR REVIEW   ☒ PLEASE COMMENT   ☒ PLEASE REPLY   ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Please see attached correspondence.

8105 Irvine Center Drive, Suite 900, Irvine, CA 92618
Tel. (949) 453-1755 • Fax (949) 453-1757